UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 06, 2013
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE MOSQUEDA,<br><br>Defendant. | Case No. 2:13-cr-00380-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __JORGE MOSQUEDA__,

Case No. __2:13-cr-00380-JAM__, from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ __50,000__

__X__ Unsecured Appearance Bond $ __50,000, co-signed by mother__

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

__X__ (Other): __Pretrial Services Conditions, and third-party custody of mother__

Issued at Sacramento, California on December 06, 2013 at __2:30pm__

By: _/s/ Carolyn K. Delaney_

Magistrate Judge Carolyn K. Delaney