J. PATRICK McCARTHY
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA   95814
(916) 442-1932

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

   vs.

JORGE MOSQUEDA, et al.,

                Defendant.         /

Case No.:  2:13-cr-00380-JAM-2

STIPULATION

AND [ ~~PROPOSED~~ ] ORDER

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Justin Lee, Assistant United States Attorney, and attorney for Plaintiff, and J. Patrick McCarthy, attorney for Defendant, Jorge Mosqueda, that the electronic monitoring and curfew conditions (items 14 & 15) of Defendant Jorge Mosqueda's Special Conditions of Release be deleted and that the Amended Special Conditions of Release, attached hereto, be substituted for those currently in place.

     This request is based upon a report from U.S. Pretrial Services Officer, Renee Basurto, that Mr. Mosqueda has been extremely compliant with the terms and conditions of his pretrial release for the past three months.  He has had no violations, he is working at his parents' body shop, and he has been testing negative.  According to

his third party custodian (his mother) he is doing well. Ms. Basurto is in agreement with the request to delete the electronic monitoring condition.

Mr. Lee has authorized Mr. McCarthy to sign this Stipulation on his behalf.

Respectfully submitted,

Date: March 3, 2014         /s/ Justin Lee
                            JUSTIN LEE, Assistant US Attorney

Date:  March 3, 2014        /s/ J. Patrick McCarthy
                            J. PATRICK McCARTHY

**IT IS SO ORDERED.**

Dated: March 4, 2014

ALLISON CLAIRE
United States Magistrate Judge

**AMENDED SPECIAL CONDITIONS OF RELEASE**

```
                                        Re: Mosqueda, Jorge, Jr.
                                        No.: 2:13-CR-0380 JAM
                                        Date: March 3, 2014
```

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are released to the third-party custody of <u>Lessley Lovato (Mother)</u>;

4. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5. You shall cooperate in the collection of a DNA sample;

6. Your travel is restricted to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

7. You shall not obtain a passport or other travel documents during the pendency of this case;

8. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

9. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

10. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

11. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

12. You shall not associate or have any contact with any co-defendants in this case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

13. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

14. You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office; and,

15. You shall not operate a motor vehicle unless properly licensed and insured.