```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-CR-00380-JAM |
|  | ) |
| Plaintiff, | ) STIPULATION AND ORDER VACATING |
|  | ) DATE, CONTINUING CASE, AND |
| v. | ) EXCLUDING TIME |
|  | ) |
| DANIEL SALINAS, and | ) Status:  December 2, 2014 |
| JORGE MOSQUEDA, JR., | ) Time:    9:30 a.m. |
|  | ) Judge:   Hon. John A. Mendez |
| Defendants. | ) |
|  | ) |
|  | ) |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Status Hearing on December 2, 2014.
2. By this Stipulation, the defendants now move to continue the Status Hearing until February 17, 2015, at 9:30 a.m. and to exclude time between the signing of this Order and February 17, 2015, under Local Code T4.  The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The United States provided discovery to the defendants on November 26, 2013, and December 6, 2013.

   b. Both defendants are out-of-custody and being supervised by Pretrial Services.

   c. Counsel for the defendants needs further time to review discovery, conduct defense investigation, and discuss the case with their clients.

   d. Counsel for the defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e. The United States does not object to this continuance.

   f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, within which trial must commence, the time from the signing of this order, to February 17, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: December 1, 2014        /s/ Justin L. Lee
                               JUSTIN L. LEE
                               Assistant U.S. Attorney

DATED: December 1, 2014        /s/ Olaf Hedberg
                               OLAF HEDBERG
                               Counsel for Daniel Salinas
                               (as authorized on December 1, 2014)

DATED: December 1, 2014        /s/ J. Patrick McCarthy
                               J. PATRICK MCCARTHY
                               Counsel for Jorge Mosqueda, Jr.
                               (as authorized on November 30, 2014)

### ORDER

IT IS SO FOUND AND ORDERED this 1st day of December, 2014.

                               /s/ John A. Mendez
                               Hon. JOHN A. MENDEZ
                               United States District Court Judge