BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:13-CR-00380-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER VACATING |
| ) | DATE, CONTINUING CASE, AND |
| v. ) | EXCLUDING TIME |
| ) | |
| DANIEL SALINAS, and ) | Status:  February 17, 2015 |
| JORGE MOSQUEDA, JR., ) | Time:    9:30 a.m. |
| ) | Judge:   Hon. John A. Mendez |
| Defendants. ) | |
| ) | |

**<u>STIPULATION</u>**

The United States, by and through its undersigned counsel, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Status Hearing on February 17, 2015.
2. By this Stipulation, the defendants now move to continue the Status Hearing until March 17, 2015, at 9:15 a.m. and to exclude time between the signing of this Order and March 17, 2015, under Local Code T4.  The United States does not oppose this request.

///

Stipulation to Continue                1         United States v. Salinas, et al.

   The parties anticipate presenting plea agreements to the Court
   or setting the matter for trial on March 17.
3. The parties agree and stipulate, and request that the Court find
   the following:
   a. The United States provided discovery to the defendants on
      November 26, 2013, and December 6, 2013.
   b. Both defendants are out-of-custody and being supervised by
      Pretrial Services.
   c. Counsel for the defendants needs further time to review
      discovery, conduct defense investigation, and discuss the
      case with their clients.
   d. Counsel for the defendants believe that failure to grant
      the above-requested continuance would deny counsel the
      reasonable time necessary for effective preparation, taking
      into account the exercise of due diligence.
   e. The United States does not object to this continuance.
   f. Based on the above-stated findings, the ends of justice
      served by continuing the case as requested outweigh the
      interest of the public and the defendant in a trial within
      the original date prescribed by the Speedy Trial Act.
   g. For the purpose of computing time under the Speedy Trial
      Act, 18 U.S.C. § 3161, within which trial must commence,
      the time from the signing of this order, to March 17, 2015,
      inclusive, is deemed excludable pursuant to 18 U.S.C. §
      3161(h)(7)(A), (B)(iv) [Local Code T4] because it results
      from a continuance granted by the Court at the defendants'
      request on the basis of the Court's finding that the ends

of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: February 12, 2015      /s/ Justin L. Lee
                              JUSTIN L. LEE
                              Assistant U.S. Attorney

DATED: February 12, 2015      /s/ Olaf Hedberg
                              OLAF HEDBERG
                              Counsel for Daniel Salinas
                              (as authorized on February 11, 2015)

DATED: February 12, 2015      /s/ J. Patrick McCarthy
                              J. PATRICK MCCARTHY
                              Counsel for Jorge Mosqueda, Jr.
                              (as authorized on February 11, 2015)

### ORDER

IT IS SO FOUND AND ORDERED, this 12th day of February, 2015.

/s/ John A. Mendez
Hon. JOHN A. MENDEZ
United States District Court Judge