J. PATRICK McCARTHY
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA   95814
(916) 442-1932

Attorney for Defendant Jorge Mosqueda

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>JORGE MOSQUEDA, et al.,<br><br>             Defendants.       / | Case No.: 2:13-cr-00380-JAM<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING DATE**<br><br>Date:   December 15, 2015<br>Time:   9:15 am<br>Judge:  Hon. John A. Mendez |
|---|---|

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Justin L. Lee, Assistant United States Attorney, attorney for Plaintiff, Olaf W. Hedberg, attorney for Defendant Daniel Salinas and J. Patrick McCarthy, attorney for Defendant Jorge Mosqueda, Jr., that the Defendants' sentencing scheduled for December 15, 2015  be vacated and a new date of February 2, 2016 at 9:15 am be set.

    The reason for this request is that J. Patrick McCarthy continues to research facts necessary to prepare a sentencing memorandum and needs more time to complete that investigation.   The parties have conferred about this request and have

agreed to a court date of February 2, 2016.  Mr. Lee and Mr. Hedberg authorized me to sign this Stipulation on their behalf.

Respectfully submitted,

Dated:  December 9, 2015        /s/ J. Patrick McCarthy
                                J. PATRICK McCARTHY,
                                Attorney for Defendant Jorge Mosqueda


                                BENJAMIN B. WAGNER, United States Attorney


Dated:  December 9, 2015        /s/ Justin L. Lee
                                JUSTIN L. LEE, Assistant U.S. Attorney
                                (as authorized on December 9, 2015)

Dated:  December 9, 2015        /s/ Olaf W. Hedberg
                                OLAF W. HEDBERG,
                                Attorney for Defendant Daniel Salinas
                                (as authorized on December 9, 2015)


**IT IS SO ORDERED.**

Dated:  12/9/2015               /s/ John A. Mendez
                                JOHN A. MENDEZ,
                                UNITED STATES DISTRICT COURT JUDGE