UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

**Honorable John A. Mendez**  RE:  Jorge Mosqueda
**Senior United States District Judge**    Docket Number:  0972 2:13CR00380-2
**Sacramento, California**    <u>**REQUEST FOR DISMISSAL OF**</u>
    <u>**VIOLATION PETITION**</u>

Your Honor:

On February 22, 2023, a Petition for Warrant or Summons For Person Under Supervision was filed requesting a summons for Mr. Mosqueda. The petition alleges he Unlawfully Used a Controlled Substance and Failed to Participate in Drug Testing as Directed. His case has been continued until July 25, 2023, for an Admit/Deny hearing.

Since this petition was filed, Mr. Mosqueda has made great strides under supervision. He has tested negative for controlled substances, secured stable housing for himself and his wife, and has found part-time employment. He has disassociated from negative influences, including family members. Mr. Mosqueda has found a great opportunity working for Kampgrounds of America (KOA) in West Sacramento, and they are also allowing him the use of a fifth wheel trailer to live in. His employer knows Mr. Mosqueda's situation and stated he wants to see him succeed and has provided him the necessary support to do so.

As such, I believe there is no longer a benefit for further court interventions. Mr. Mosqueda is stable and working on his sobriety. Therefore, it is respectfully requested the violation petition filed on February 22, 2023, be dismissed and all further court proceedings vacated. Both the government and defense counsels agree with this request.

RE: Jorge Mosqueda
Docket Number: 0972 2:13CR00380-2
**Request for Dismissal of Violation Petition**

| Respectfully submitted, | Reviewed by, |
|---|---|
| *Rebecca A. Fidelman* signature | *Tanisha M. Sanford* signature |
| **Rebecca A. Fidelman** | **Tanisha M. Sanford** |
| Sr. United States Probation Officer | Supervising United States Probation Officer |

Dated: July 19, 2023
Roseville, California

## ORDER OF THE COURT

**THE COURT ORDERS:** The violation petition filed on February 22, 2023, be **DISMISSED** and all further court proceedings be **VACATED**.

☒ Approved   ☐ Disapproved

Dated: July 19, 2023              /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE

cc: Justin Lee
    Assistant United States Attorney

    Rachelle Barbour
    Defense Counsel

2

REV. 01/2021
CAE___MEMO___COURT (W ORDER)